## SO. RY. CO. v. TURNER.

(Decided April 22, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

LONDON & FITTS, for appellant. STALLINGS & DRENNEN, for appellee.

Per curiam. Dismissed by agreement.